UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEVERT STEWART,
    Plaintiff,

vs.                                                Case No.: 3:20cv5781/MCR/EMT

STATE OF FLORIDA, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate proceeding pro se, commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). On September 2, 2020, the court entered an order directing Plaintiff to file, within thirty days, an amended complaint on the court-approved form for use in the Northern District of Florida (ECF No. 6). By separate order entered that day, the court directed Plaintiff to either pay the filing fee or file a motion to proceed in forma pauperis (IFP) within thirty days (ECF No. 7). The undersigned directed the clerk of court to send Plaintiff a § 1983 complaint form and the necessary set of forms for filing an IFP motion (*see* ECF Nos. 6, 7). In both orders, the undersigned advised Plaintiff that his failure to comply with the court's orders as instructed would result in a recommendation of dismissal of this case (*see id.*).

After Plaintiff failed to comply with either order within the time allowed, the court entered an order, on October 15, 2020, directing Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with the court's orders (ECF No. 8).   The court again advised Plaintiff that failure to comply with the order would result in a recommendation of dismissal of this case.  The time for compliance with the show cause order has now elapsed, and Plaintiff has not filed an amended complaint, paid the filing fee, filed an IFP motion, or shown cause for his failure to comply with the court's orders.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with court orders.

At Pensacola, Florida, this 1st day of December 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation.  Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.  An objecting party must serve a copy of the objections on all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.   *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**